IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JESSE WILLIAM JEFFRIES,<br><br>   Defendant. | 4:20-cr-00020-SMR-CFB |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

  The United States of America and the Defendant, having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The Defendant entered a plea of guilty to Count(s) 1 of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11 and obtaining the Defendant's consent to conduct the plea hearing by video-conference, I determined that the guilty plea(s) was/were knowing and voluntary as to each count, and that the offense(s) charged is/are supported by an independent factual basis concerning each of the essential elements of such offense(s). Defendant understands and agrees to be bound by the terms of the plea agreement. I, therefore, recommend that the plea(s) of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly. I further recommend that the District Judge specifically adopt the finding that the plea was taken by reliable electronic means (video-conference) and that the plea hearing conducted today could not be further delayed without serious harm to the interests of justice for the following specific reason: Defendant has numerous state criminal charges pending against him and state prosecutors have advised both counsel for the government and for the defense that they will not negotiate on those

state charges until a guilty plea has been entered on the federal charge and Defendant is currently in state custody related to those state charges.

Date: April 7, 2020

Helen C. Adams
Chief U.S. Magistrate Judge

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).